UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHYLLIS EUBANKS,

    Plaintiff,

HONORABLE PAUL L. MALONEY

v.

Case No. 1:05-cv-620

ADAM BAYLIS,

    Defendant.
_____/

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of Defendant Adam Baylis and against Plaintiff Phyllis Eubanks pursuant to the Verdict Form completed by the Jury Foreperson.

**IT IS FURTHER ORDERED** that Plaintiff's Gross Negligence claim is **DISMISSED with prejudice** pursuant to Plaintiff's motion at the close of proofs.

Date: February 26, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge